[No. 32887-9-II.  Division Two.  April 11, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. DOUGLAS H. CLARK, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-04917-4, Beverly Grant, J., entered February 14, 2005. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Van Deren, A.C.J., and Bridgewater, J.

[No. 32971-9-II.  Division Two.  April 11, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL JAMES HIBBERD, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 04-1-01380-9, James J. Stonier, J., entered March 2, 2005. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Hunt and Van Deren, JJ.

[No. 33008-3-II.  Division Two.  April 11, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. KIRK EDWARD LARSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-01250-5, Thomas Felnagle, J., entered March 11, 2005. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Quinn-Brintnall, C.J., and Van Deren, J.

[No. 33009-1-II.  Division Two.  April 11, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. IMAM ADDLEHE JARA, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-02193-8, Thomas Felnagle, J., entered March 9, 2005. *Reversed* by unpublished opinion per Houghton, J., concurred in by Armstrong and Penoyar, JJ.